JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON L. ALAN, | Case No. 2:21-cv-04785-MWF-AGR |
| Plaintiff, | Hon. Michael W. Fitzgerald |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE OF TRANS UNION LLC** |
| TRANS UNION LLC, and DOES 1-10, inclusive, | |
| Defendants. | |

Plaintiff Jason L. Alan and Defendant Trans Union LLC have announced to the Court that all matters in controversy against Trans Union LLC have been resolved. A Stipulation of Dismissal with Prejudice of Trans Union LLC has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice of Trans Union LLC, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff Jason L. Alan against Defendant Trans Union LLC are in all respects dismissed with prejudice to the refiling of same, with court costs and attorneys' fees to be paid by the party incurring same.

DATED this 27th day of August 2021.

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

5136032.1

1